

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00022-CR

Travis Leslie **NORTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3975
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On July 25, 2018, pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, this court entered an order abating this case to the trial court for an abandonment hearing for the reasons stated in the order. Later the same date, appellant's counsel filed Appellant's Unopposed Motion for Extension of Time to File Brief and Request for Leave to File Appellant's Brief Past the Time Limits to File Brief. We **DENY** the motion.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court